FILED
January 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MICHAEL D. JOHNSON,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. SA-24-CV-638-OLG |
| **DANIEL MILLS,** *et al.*, | § | |
| Defendants. | § | |

## O R D E R

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Recommendation") (Dkt. No. 8), filed on December 5, 2024, concerning the status of this case. Plaintiff Michael D. Johnson ("Plaintiff") did not file objections to the Recommendation.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Recommendation and is of the opinion that it is correct. Accordingly, the Recommendation (Dkt. No. 8) is **ACCEPTED** and, for the reasons set forth therein, this action is **DISMISSED** for want of prosecution.

**IT IS ORDERED** that this case is **CLOSED.**

**IT IS SO ORDERED.**

**SIGNED** this ___ day of January, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE